# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Ref: Tiffany Merie Rose  }  Chapter 13
                                                      }  Case No. 09-41462

      Debtor(s)  }  Judge Newsome

Acct # **********8314

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, PRA Receivables Management LLC, agent of Portfolio Recovery Associates, LLC and pursuant to the Federal rule of Bankruptcy Procedure 3006, withdraw its proof of claim(s) #9 filed on or about 08/04/2009, in the amount of $41,339.99.

                                                 /s/ Dolores Garcia, Bankruptcy Specialist
                                                 PRA Receivables Management, LLC
                                                 130 Corporate Blvd
                                               Norfolk, VA. 23502
                                               1-877-829-8298 x 11778